**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KIWAN JACKSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.   19-cv-1372 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW**, this ___7TH___ day of December, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25), Plaintiff's Response in Opposition (ECF No. 26), Defendant's Reply thereto (ECF No. 28), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant Detective Timothy Connell and against Plaintiff Kiwan Jackson.   This case shall be marked CLOSED as to all defendants.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge